*IT IS SO ORDERED*
*[signature]*
Judge James Ware

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER WOOLSEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>COLLECTO, INC.<br><br>        Defendants. | CASE NO. 3:11-cv-04878-LB<br><br>[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES] |

    **The Court has reviewed the Stipulation of** COLLECTO, INC. d/b/a EOS CCA ("Defendant"), by and through its respective counsel of record, David J. Kaminski of CARLSON & MESSER LLP, and by Plaintiff CHRISTOPHER WOOLSEY ("Plaintiff"), by and through his respective counsel of record, Todd M. Friedman of Law Offices of Todd M. Friedman, P.C., to

1  dismiss, with prejudice, the above-entitled lawsuit in its entirety as to all parties named therein,
2  pursuant to FRCP 41(a)(1).   Pursuant to the Stipulation between the parties, the Court orders as
3  follows:
4      1.    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to
5  FRCP 41(a)(1).  Each party shall bear their own costs and expenses.
6      IT IS SO ORDERED:

8  DATED: Jan. 17, 2012       _____
9                          UNITED STATES DISTRICT JUDGE

06950.00/179815                      2
                  [PROPOSED] ORDER RE: DISMMISAL        Case No.
                                                        3:11-cv-04878-LB